UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>LAM TRADE FINANCE GROUP II LLC,<br><br>Applicant,<br><br>For an Order to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. | Case No. 26-mc-514 |

## ***EX PARTE*** **APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

LAM Trade Finance Group II LLC ("Applicant" or "LAM TFG") hereby respectfully requests an Order in the form attached hereto permitting LAM TFG to obtain certain limited discovery under 28 U.S.C. § 1782 from: (i) the Federal Reserve Bank of New York (the 'Federal Reserve") and (ii) the Clearing House Interbank Payments System ("CHIPS," and together with the Federal Reserve, the "Discovery Targets") in connection with legal proceedings in the United Kingcom (the "Application"). In support of its Application, LAM TFG respectfully submits a Memorandum of Law and attaches the Declarations of Christopher Anthony Bushell and Scott S. Balber.

Dated: October 19, 2026

Respectfully submitted,

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**

*/s/ Scott S. Balber*

Scott S. Balber
Michael P. Jones
Hayoung Park
1177 Avenue of the Americas
New York, New York 10036
(917) 542-7810
Scott.Balber@hsfkramer.com
Michael.Jones@hsfkramer.com
Hayoung.Park@hsfkramer.com

*Attorneys for Petitioner*
*LAM Trade Finance Group II LLC*