**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>LAM TRADE FINANCE GROUP II LLC,<br><br>Applicant,<br><br>For an Order to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782. | Case No. 26-mc-514 |

**[PROPOSED] ORDER GRANTING**
**LAM TRADE FINANCE GROUP II LLC'S *EX PARTE* APPLICATION**
**FOR AN ORDER TO SHOW CAUSE TO CONDUCT DISCOVERY FOR USE**
**IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

This matter came before the Court upon the *ex parte* application of LAM Trade Finance Group II LLC ("Applicant" or "LAM TFG"), for an Order authorizing LAM TFG to obtain certain limited discovery under 28 U.S.C. § 1782 (the "Application").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations and Exhibits,

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. The Application is **GRANTED**.

2. Any discovery taken pursuant to this Order, and any related motion practice, shall be governed by the Federal Rules of Civil Procedure.

3. LAM TFG is hereby authorized to issue and serve subpoenas upon the Federal Reserve Bank of New York (the "Federal Reserve") and the Clearing House Interbank Payments System ("CHIPS," and together with the Federal Reserve, "Discovery Targets") that are substantially similar in form to the subpoenas attached to the Application. LAM TFG is further authorized to serve additional follow-up subpoenas on the Discovery Targets or any person,

corporate entity, or financial institution found residing in this District as may be necessary to obtain the testimonial and/or documentary evidence described in the Application.

4. The Discovery Targets may seek appropriate relief from the Court, including relief related to the Application, the subpoena, and this Order.

5. The Discovery Targets are ordered to preserve all relevant and potentially relevant evidence in their possession, custody or control until further order of this Court.

6. Nothing in this Order shall be construed to prevent LAM TFG from seeking modification of this Order.

IT IS SO ORDERED, this __ day of ___________, 2026