UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re *Ex Parte* Application of

LAM TRADE FINANCE GROUP II LLC,

Applicant,

PURSUANT TO 28 U.S.C. § 1782 FOR JUDICIAL ASSISTANCE IN OBTAINING EVIDENCE FOR USE IN FOREIGN PROCEEDINGS PENDING IN ENGLAND.

26 Misc. 514 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Applicant LAM Trade Finance Group II LLC ("LAM") has filed an *Ex Parte* Application for an Order to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Application"). Dkt. 1. This Application seeks authorization to serve subpoenas for financial records from the Federal Reserve Bank of New York (the "FRBNY") and the Clearing House Interbank Payments System ("CHIPS") for use in proceedings in the High Court of Justice of England and Wales. *See* Dkt. 5 (memorandum of law) at 1; Dkt. 7 (declaration of Scott S. Balber), Exhs. A ("FRBNY Subpoena"), B ("CHIPS Subpoena").

"[U]nless the district court's authorizing order provides otherwise, a party engaged in foreign litigation who serves a [Section] 1782 subpoena *duces tecum* to obtain documents for use in the foreign litigation must first serve notice on all parties to the foreign proceedings." *See In re Republic of Turkiye*, No. 24 Misc. 557 (JPC), 2025 WL 2200159, at *7 (S.D.N.Y. Aug. 1, 2025) (internal quotation marks omitted) (explaining that prior notice "functions as a critical procedural safeguard meant to facilitate the right of adverse parties in the underlying foreign proceeding to challenge the discovery request"). The Court recognizes that the Defendants in the British proceedings may move to quash the subpoenas, which may result in time-consuming litigation

over the potential need to stay any hastily ordered discovery. Before considering LAM's application, the Court therefore orders LAM to serve copies of this Order, LAM's memorandum of law, and its proposed subpoenas on the Defendants in the British proceedings, including Radiant World Corporation Pte Ltd., Radiant World Holding Ltd., Sapphire Minmetals Corporation Ltd., Pinkesh Nahar, Rakesh Sethi, and any others. *See* Dkt. 6 (declaration of Christopher Anthony Bushell) ¶¶ 4, 11.

The Court further notes that LAM need not effectuate full, formal service under Federal Rule of Civil Procedure 4(f), and instead must merely ensure that the Defendants receive actual notice of its section 1782 application. *See* 28 U.S.C. § 1782 (providing that the Federal Rules of Civil Procedure apply only "[t]o the extent that" a district court's order granting a discovery application "does not prescribe otherwise"). LAM shall file proof of such service on the docket by December 1, 2026.

SO ORDERED.

Dated: November 18, 2026
New York, New York

JOHN P. CRONAN
United States District Judge